# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mathilda E. Sabal,<br><br>                 Plaintiff,<br><br>v.<br><br>City of St. Louis Park, Mid-Minnesota Legal Aid, Hampshire House Apartments LLC, Hennepin County Sheriff Office, Eric Olson, Donald Perron, Franklin Reed,<br><br>                 Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 22-cv-2566 PJS/ECW |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Mathilda E. Sabal's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

2. Sabal's Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 2, is **DENIED** as moot.

Date: 12/2/2022                                                                                       KATE M. FOGARTY, CLERK